IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 03-00525-001 LEK |
| Plaintiff, | ) ) | ANSWER OF THE GARNISHEE FORM |
| v. | ) ) | |
| DARYLE S. QUITAZOL, | ) ) ) | |
| Defendant. | ) ) | |
| WEST COAST ROOFING INC., | ) ) ) | |
| Garnishee. | ) ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 9 2006

at 11 o'clock and 3 min. 12 M
SUE BEITIA, CLERK

ANSWER OF THE GARNISHEE FORM

I, __Manuel Madeira, Jr._____, state that:

I am the (State Official Title) __President__ of Garnishee, __West Coast Roofing Inc.__ a corporation, organized under the laws of the State of __Hawaii__.

On __Sept. 28__, 2006, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above):

1. The Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. _X_ Yes. ___ No.

2. The Debtor's pay period is _X_ weekly, ___ bi-weekly ___ semi-monthly, ___ monthly. Enter the date the present pay period began. ("Present" means the pay period in which this order and notice of garnishment were served) 9/17/06 Enter the date the above pay period ends. 9/23/06

You are required by law to file the original written Answer to this writ within ten (10) days of your receipt of this writ with the Clerk of the United States District Court, Room C-301, United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii 96850.

You may complete the attached form entitled "ANSWER OF THE GARNISHEE FORM" and use it as your written Answer to this writ.

You are also required by law to serve a copy of the Answer to this writ upon the Debtor at: 2390 Apoepoe Street, Pearl City, Hawaii 96782, and upon the United States Attorney, Attn: EDRIC CHING, Assistant United States Attorney, Financial Litigation Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Blvd., Honolulu, Hawaii 96850.

You are further required to withhold and retain any property in which the Debtor has a substantial nonexempt interest and for which you are or may become indebted to the Debtor pending further order of the court.

IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT, THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THIS WRIT AND TO SO WITHHOLD PROPERTY BEFORE THE APPEARANCE DATE.

IF YOU FAIL TO APPEAR, OR YOU APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEBTOR'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS).

THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO APPEAR.

You must file the original written Answer to this writ within ten (10) days of your receipt of this writ with the Clerk of the United States District Court, Room C-301, United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii 96850. Additionally, you are required by law to serve a copy of the Answer to this writ upon the Debtor at: 2390 Apoepoe Street, Pearl City, Hawaii 96782, and upon the United States Attorney, Attn: EDRIC CHING, Assistant United States Attorney, Financial Litigation Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Blvd., Honolulu, Hawaii 96850.

If you fail to answer this writ or fail to withhold property in accordance with this writ, the United States may petition the Court for an order requiring you to appear before the Court to answer the writ and to so withhold the property before the appearance date. If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the Court will enter a judgment against you for the value of the Debtor's nonexempt interest in such property (including nonexempt disposable earnings). The Court may also award a reasonable attorney's fee to the United States and against you if the writ is not answered within the time specified herein and if the United States files a petition requiring you to appear.

DATED: _____OCT 0 6 2005_____, at Honolulu, Hawaii.

SUE BEITIA
United States District Court
District of Hawaii

By_____
   Deputy Clerk

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___September 19, 2006_____.

_____
Garnishee