## AMENDED

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 03-00525-001 LEK |
| | ) | |
| Plaintiff, | ) | ANSWER OF THE |
| | ) | GARNISHEE FORM |
| v. | ) | |
| | ) | |
| DARYLE S. QUITAZOL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| WEST COAST ROOFING INC., | ) | |
| | ) | |
| Garnishee. | ) | |
| _____ | ) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 04 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

### ANSWER OF THE GARNISHEE FORM

I, __Manuel Madeira, Jr._____, state that:

I am the (State Official Title) __President_____ of

Garnishee, West Coast Roofing Inc. a corporation, organized under

the laws of the State of __Hawaii_____.

On __Sept. 19_____, 2006, Garnishee was served

with the Writ of Continuing Garnishment. For the pay period in

effect on the date of service (shown above):

1.   The Garnishee has custody, control or possession
     of earnings because the Debtor is or was in my/our
     employ. _X_ Yes. ___ No.

2.   The Debtor's pay period is _X_ weekly, _____ bi-
     weekly _____ semi-monthly, _____ monthly. Enter
     the date the present pay period began. ("Present"
     means the pay period in which this order and
     notice of garnishment were served) 9/17/06
     Enter the date the above pay period ends. 9/23/06

3.    The amount of the Debtor's net wages are:

    (a) Gross Pay                    $ 851.85
    (b) Federal income tax           $ 121.89
    (c) F.I.C.A. income tax          $ 53.19
    (d) State income tax             $ 56.14
    (e) Medicare tax                 $ 12.44
    (f) _____       $ _____
    (g) _____       $ _____

    Total of tax withholdings        $ 243.66

    Net Wages                         $ 614.19
    (a less total of b,c,d,e,f,g)

4.    Have there been previous garnishments in effect?.
      ___ Yes. _X_ No.  If the answer is "yes," describe
      below:

      _____
      _____
      _____

5.    The Garnishee has custody, control or possession
      of the following property (non-earnings), in which
      the Debtor maintains an interest, as described
      below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. None | | |
| 2. | | |
| 3. | | |
| 4. | | |

6.    The Garnishee anticipates owing to the Debtor in
      the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ 0 | |
| 2. $ | |
| 3. $ | |
| 4. $ | |

2

(Complete items 7-9 below if applicable)

7.  The Garnishee makes the following claim of
    exemption on the part of the Debtor:

    N/A

8.  The Garnishee makes the following objections,
    defenses, or set-offs to the United States' right
    to apply the Garnishee's indebtedness to the
    Debtor upon the United States' claim:

    N/A

9.  The Garnishee was not and is not indebted or under
    liability to the Debtor, and the Garnishee did not
    or does not have in his/her possession or control
    any property belonging to the Debtor, or in which
    the Debtor has an interest; and is not liable as
    Garnishee in this action for the following
    reason(s):

    N/A

    The Garnishee delivered or mailed the <u>original</u> of this
Answer by first class mail to the Clerk of the United States
District Court, Room C-301, United States Courthouse, 300 Ala
Moana Blvd., Honolulu, Hawaii 96850.

    The Garnishee delivered or mailed a <u>copy</u> of this Answer
by first class mail to the Debtor, DARYLE S. QUITAZOL at 2390
Apoepoe Street, Pearl City, Hawaii 96782.

    The Garnishee delivered or mailed a <u>copy</u> of this Answer
by first class mail to the United States Attorney, Attn: EDRIC
CHING, Assistant United States Attorney, Financial Litigation
Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Blvd.,
Honolulu, Hawaii 96850.

I declare under penalty of perjury that the foregoing
is true and correct.

Executed on _____ September 19, 2006 _____ .

_____
                        Garnishee

4