EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

EDRIC M. CHING 6697
Assistant U. S. Attorney
ATTN:  Financial Litigation Unit
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, HI  96850
Telephone No. (808) 541-2850
Fax:    (808) 541-2958
Email:  Edric.Ching@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 03-00525-001 LEK |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | OF DOCUMENTS ON |
| v. | ) | DEFENDANT-JUDGMENT |
| | ) | DEBTOR AND GARNISHEE |
| DARYLE S. QUITAZOL, | ) | |
| | ) | |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |
| | ) | |
| | ) | |
| WEST COAST ROOFING INC., | ) | |
| | ) | |
| Garnishee. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE OF DOCUMENTS
ON DEFENDANT-JUDGMENT DEBTOR AND GARNISHEE

The United States, the Judgment Creditor herein, hereby certifies that a copy of the Garnishee Order was sent to the last known address of the Defendant-Judgment Debtor first-class mail and Garnishee by certified mail.

DATED: November 15, 2006, at Honolulu, Hawaii.

/s/ Shari Hsieh
_____